599 A.2d 1170

**Theodore B. SANFORD**

v.

**STATE of Maryland**

**No. 79, Sept. Term, 1991.**

Court of Appeals of Maryland.

Jan. 8, 1992.

**160**

Thomas P. Bernier and Richard M. Karceski (White and Karceski, on brief) Towson, for petitioner.

Ann N. Bosse, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., on brief) Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 8th day of January, 1992.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.